UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY C. KAMYK, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
KENNETH KAMYK,
    Plaintiff

C.A. No. 3:21-CV-30070-MGM

v.

AGWAY FARM & HOME SUPPLY, LLC,
    Defendant

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that this civil action be dismissed as to all counts in its entirety without prejudice and without costs. All rights of appeal waived.

| | |
|---|---|
| The plaintiff,<br>TIMOTHY C. KAMYK, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF KENNETH KAMYK<br>By his Attorneys, | The Defendant,<br>AGWAY FARM & HOME SUPPLY, LLC<br>By its Attorneys<br><br>/s/Brett R. Corson |
| */s/Richard J. Sullivan*<br><br>Richard J. Sullivan, BBO#554085<br>Thomas P. Kelley, BBO#682084<br>SULLIVAN & SULLIVAN, LLP<br>83 Walnut Street<br>Wellesley, MA  02481<br>(781) 263-9400<br>rsullivan@sullivanllp.com<br>tkelley@sullivanllp.com | Brett R. Corson, BBO#677644<br>Brett.corson@wilsonelser.com<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110-3112<br>(617) 422-5300 |

Dated: December 30, 2021

Certificate of Service

      I, Richard J. Sullivan, counsel for the plaintiff, hereby certify that on this date, December 30, 2021, I served the above document by electronic mail upon counsel for the defendant, Agway Farm and Home Supply, LLC as follows:

Brett R. Corson, Esq.
Wilson Elser
260 Franklin Street, 14th Floor
Boston, MA 02110
Brett.corson@wilsonelser.com

                                                    */s/ Richard J. Sullivan*
                                                    Richard J. Sullivan